UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No: 6:09-BK-13926-ABB
CHAPTER 13 CASE

DAVID ARMBRUST
JEANNE ARMBRUST,

    Debtors
_____/

### DEBTOR'S VERIFIED MOTION TO STRIP JUNIOR MORTGAGE CLAIM OF FLAGSTAR BANK

**Pursuant to Local Rule 2002-4 (b) (2), the Court will consider this motion without further notice or bearing unless a party in interest files an objection within 20 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your Objection with the clerk of the court at 135 W. Central Blvd, Suite 950, Orlando, FL 32801, and serve a copy on the Movant's attorney: Arvind Mahendru, Esq., 924 West Colonial Dr, Orlando, Florida 32804.**

**If you file and serve an objection within the time permitted, the court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the court will consider that you do not oppose the granting of the relief request in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief request.**

Debtor declares under penalty of perjury that the following is true:

1. Flagstar Bank holds a mortgage of the following property of debtor:

   LEG LOT 12 & E 5 FT OF LOT 13 BLK H HORTH ORLANDO RANCHES SEC 2A, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 12, PAGE 41, THE PUBLIC RECORDS OF SEMINOLE COUNTY, FLORIDA.

2. Said property is subject to the first mortgage lien of Citimortgage in the amount of $146,640 as reflected in the proof of claim (no. 3) filed by debtor.

3. Said property is subject to the second mortgage of Flagstar Bank in the amount of $27,874 recorded on May 9, 2005 at Book 5716, Page 1195, Instrument No. 2005075656 in Seminole County, Florida.

4. Said property has a fair market value of $101,000 as reflected in the real estate appraisal, a copy being attached and incorporated herein by reference as Exhibit "A".

5. Accordingly, the above creditor's mortgage lien is:

   a. Wholly unsecured and has no value as a secured claim inasmuch as the value of said property is less than the claim amount of a first mortgage holder.

   b. Is subject to "stripping off" in accordance with In re Tanner, 217 F.3d 1357 (11 Cir. 2000).

Wherefore, Debtor moves this Court to:

   a. Value creditor's claim in accordance with Bankruptcy Code section 506(a).

   b. Disallow the above junior creditor a creditor's secured claim inasmuch as the above property has no equity in excess of the allowed secure claim of the above referenced first mortgage holder.

   c. Provide for the "stripping off" of the above creditor's mortgage lien upon the completion of payments to said senior mortgage holder and such other relief that may be just and proper in the circumstances.

I have read the foregoing and it is true and correct to the best of my information, knowledge, and belief this 23 day of NOV, 2009.

_____
Debtor

_Jeanne Armbrust_
Debtor

A true and correct copy of the foregoing has been sent by U.S. Mail or by electronic transmission to ECF users this 23 day of ~~July~~ NOV, 2009 to: Laurie K. Weatherford, Trustee, P. O. Box 3450, Winter Park, Florida 32790; Debtors: David & Jeanne Armbrust, 625 Sailfish, Winter Springs Florida 32708 and to Flagstar Bank, 5151 Corporate, Troy, MI 48098, Attn. President, Officer, Manager, Managing Agent, where creditor routinely does business.

Joseph F Seagle, P.A.
924 West Colonial Dr
Orlando FL 43804
407-770-0100
407-770-0200 (fax)

_____
Arvind Mahendru
Bar No. 0061482